ZJH
8693

Cnt
9/19/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
SEP 19 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br> Plaintiff, <br> v. <br><br> Jordan Lamont HINSHAW, <br><br> Defendant. | Magistrate Docket No. <br><br> COMPLAINT FOR VIOLATION OF: <br><br> Title 8, USC 1324(a)(1)(A)(ii) <br> Transportation of Certain Aliens for Financial Gain <br><br> **18MJ4966** |

The undersigned complainant being, duly sworn, states:

On or about September 18, 2018, within the Southern District of California, defendant Jordan Lamont HINSHAW, with the intent to violate the immigration laws of the United States, knowing or in reckless disregard of the fact that certain aliens, namely, Efrain DIAZ-Cruz and Victor GARCIA-Martinez, had come to, entered and remained in the United States in violation of law, did knowingly transport and move, said aliens within the United States in furtherance of such violation of law, and which was done for the purpose of commercial advantage or private financial gain; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Michael T. Grant Jr
Border Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE,
THIS 19th DAY OF September, 2018.

NITA L. STORMES
United States Magistrate Judge



# CONTINUATION OF COMPLAINT:
Jordan Lamont HINSHAW

## PROBABLE CAUSE STATEMENT

Furthermore, the complainant states that Efrain DIAZ-Cruz and Victor GARCIA-Martinez, are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On September 18, 2018, Border Patrol Agents D. Guerrero, K. Seuferer, and E. Seyfarth were performing assigned duties in the Boulevard Border Patrol Station's area of responsibility. Agent Guerrero was observing vehicle traffic near Jacumba, California, with the knowledge that other Agents had detected shoe prints of suspected illegal aliens in the area. At approximately 12:10 PM, Agent Guerrero observed a white Volvo traveling east on Old Highway 80, then turn north on Railroad Street and park for ten minutes. The vehicle was occupied by a single male driver, later identified as the defendant, Jordan Lamont HINSHAW. The white Volvo then drove back to Old 80, turned east, then turned north on Heber Street. Agent Guerrero requested the record checks from dispatch and a marked Border Patrol unit to assist with a vehicle stop. A citizen's report of two individuals loading into a white sedan on Heber Street was broadcast via agency radio. Dispatch notified Agent Guerrero that the Volvo was registered out of Long Beach, California.

Agent Seuferer responded and conducted a vehicle stop on the shoulder of Old 80 east of Carrizo Creek Road. Agents Seuferer, and Guerrero approached the vehicle and identified themselves as Border Patrol agents. HINSHAW was the only visible occupant. Agent Seuferer conducted an immigration inspection. HINSHAW replied "US." Agent Seuferer asked for HINSHAW's permission to look in the trunk, to which HINSHAW replied "No." Agent Seuferer then deployed his canine partner to conduct an free air sniff of the exterior of the vehicle. The canine alerted to the trunk of the vehicle. Agent Seuferer opened the trunk and observed two individuals laying down. Agent Seyfarth, who had arrived on scene shortly after the vehicle stop, conducted an immigration inspection on the two individuals, later identified as material witnesses Efrain DIAZ-Cruz and Victor GARCIA-Martinez. DIAZ and GARCIA stated they are citizens of Mexico not in possession of any documents allowing them to enter or remain in the United States legally. At approximately 12:32 PM, Agent Guerrero placed HINSHAW under arrest, and Agent Seyfarth placed DIAZ and GARCIA under arrest.

**CONTINUATION OF COMPLAINT:**
Jordan Lamont HINSHAW

The defendant, Jordan Lamont HINSHAW, was advised of his Miranda rights. HINSHAW stated that he did not want to speak without an attorney present. After HINSHAW declined to speak without an attorney present, he began to voluntarily utter statements. HINSHAW stated that he just stopped at "Jamboree" to get something to eat and was asked for a ride to Ocotillo. HINSHAW stated, he picked them up on Old Highway 80 and that the two were crawling in the back.

Material witnesses Efrain DIAZ-Cruz and Victor GARCIA-Martinez admitted to being citizens of Mexico illegally present in the United States. DIAZ and GARCIA stated that smuggling arrangements were made and that they agreed to pay between $7500 USD and an unknown amount to be smuggled into the United States. DIAZ stated that the driver had the middle backrest down in the back seat and told them to get in the trunk. Both DIAZ and GARCIA stated they were hot while in the trunk of the vehicle.