# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )   CASE NUMBER  18 mj 4966
    )
vs  )   ABSTRACT OF ORDER
    )
    )   Booking No.  72255298
    )
Jordan Hinshaw )
    )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of  9/28/18

the Court entered the following order:

✓ _____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release.

✓ _____ Defendant released on $ 10,000 P/S bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case dismissed.

_____ Case dismissed, charges pending in case no. _____

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. _____

**NITA L. STORMES**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

Received _____     JOHN MORRILL    Clerk
        DUSM           by
                    Deputy Clerk  (7749)

Crim-9   (Rev. 8-11)                ★ U.S. GPO: 1996-783-398/40151

CLERK'S COPY