**FILED**
Oct 17 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ rhear   DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JORDAN LAMONT HINSHAW,<br><br>　　　　　Defendant. | Case No.: '18 CR4463 LAB<br><br>**I N F O R M A T I O N**<br><br>Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii), (v)(II) and (a)(1)(B)(i) - Transportation of Certain Aliens for Financial Gain and Aiding and Abetting |
|---|---|

The United States Attorney charges:

<u>Count 1</u>

On or about September 18, 2018, within the Southern District of California, defendant JORDAN LAMONT HINSHAW, knowing and in reckless disregard of the fact that an alien, namely, Efrain Diaz-Cruz, had come to, entered and remained in the United States in violation of law, did knowingly transport and move said alien, within the United States, in order to help said alien remain in the United States illegally, and which was done for the purpose of commercial advantage or private financial gain,; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), (v)(II) and (a)(1)(B)(i).

//

EGR:kot:9/27/2018

Count 2

On or about September 18, 2018, within the Southern District of California, defendant JORDAN LAMONT HINSHAW, knowing and in reckless disregard of the fact that an alien, namely, Victor Garcia-Martinez, had come to, entered and remained in the United States in violation of law, did knowingly transport and move said alien, within the United States, in order to help said alien remain in the United States illegally, and which was done for the purpose of commercial advantage or private financial gain,; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), (v)(II) and (a)(1)(B)(i).

DATED: 10/17/18 .

ADAM L. BRAVERMAN
United States Attorney

ERIC G. ROSCOE
Assistant U.S. Attorney