AO 455 (Rev. 01/09) Waiver of an Indictment

**FILED**
OCT 17 2018
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JORDAN LAMONT HINSHAW,

        Defendant.

Case No. 18CR4463-LAB
18MJ4966

**WAIVER OF AN INDICTMENT**

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

DATED: 10/17/18

_Jordan Hinshaw_
Defendant

DATED: 10/17/18

_Thomas [signature]_
Defendant's Attorney

_[signature]_
JUDICIAL OFFICER