**FILED**
OCT 30 2018
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>JORDAN LAMONT HINSHAW,<br><br>　　　　　　　　Defendant. | Case No.: 18CR4463-LAB<br><br>**I N F O R M A T I O N**<br>**Superseding**<br><br>Title 8, U.S.C., Sec. 1325 and Title 18, U.S.C., Sec. 3 – Accessory to an Illegal Entry (Misdemeanor) |

　　The United States Attorney charges:

　　On or about September 18, 2018, within the Southern District of California, defendant JORDAN LAMONT HINSHAW, knowing that an offense against the United States had been committed, to wit, Improper Entry by an Alien, namely, Efrain Diaz-Cruz, did receive, relieve, comfort, and assist the, offender, Efrain Diaz-Cruz, in order to hinder and prevent the offender's apprehension, trial, and punishment, in violation of Title 8, United States Code, Section 1325, a misdemeanor and Title 18, United States Code, Section 3, a misdemeanor.

　　DATED: __10/30/18__

　　　　　　　　　　　　　ADAM L. BRAVERMAN
　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　For: ERIC G. ROSCOE
　　　　　　　　　　　　　Assistant U.S. Attorney

EGR:kot:10/29/2018